BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS MARIA BONILLAS SANTA MARIA, <br><br> Defendant. | Case. No. 1:99-mj-02061 DLB <br><br> **THE UNITED STATES' AMENDED REQUEST FOR DISMISSAL OF COMPLAINT AND ARREST WARRANT; ORDER** <br><br> Fed. R. Crim. Proc. 48(a) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the complaint and asks that the arrest warrant be recalled against JESUS MARIA BONILLAS SANTA MARIA, without prejudice and in the interest of justice.

                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: March 20, 2013        By:   /s/ Brian W. Enos
                                        BRIAN W. ENOS
                                        Assistant U.S. Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the criminal complaint against JESUS MARIA BONILLAS SANTA MARIA be dismissed and that the arrest warrant be recalled, without prejudice and in the interest of justice.

IT IS SO ORDERED.

**Dated:   March 21, 2013**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE